## DOOLEY *v.* CITY OF TOCCOA.

DUCKWORTH, Justice. This case is controlled by the decision in *Dooley* v. *Bohannon*, ante, 7. The same sheriff's deed is involved, and the attacks thereon are identical. Under the adjudication in the case just cited the court did not err in rendering the judgment of nonsuit.

*Judgment affirmed. All the Justices concur.*

No. 13497. OCTOBER 15, 1940.

*Ben F. Cheek Jr.,* for plaintiff.